**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MATTHEW MULLIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00725-BP |
| | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW the Defendant, The Lincoln National Life Insurance Company ("Lincoln"), and hereby requests the Court to extend Lincoln's deadline in which to respond to Plaintiff's Complaint, from December 12, 2022, until December 19, 2022. In support of this Motion, Lincoln shows the Court as follows:

1. Lincoln's response to Plaintiff's recently-filed Complaint is currently due on December 12, 2022.

2. Lincoln has not filed any previous motions for extension of time in which to respond to Plaintiff's Complaint.

3. Lincoln's request for a one-week extension in which to file its response to Plaintiff's Complaint is not made for the purpose of delay. Rather, Lincoln requests this additional time in order to gather sufficient information so that it can properly respond to Plaintiff's Complaint.

4. Counsel for Plaintiff has been contacted and does not object to the requested

extension of time.

5. Since this lawsuit is in its very early stages, there is no Scheduling Order in place, and therefore no deadlines which could be affected, other than Lincoln's deadline to respond to Plaintiff's Complaint.

WHEREFORE, premises considered, The Lincoln National Life Insurance Company requests the Court to issue its Order granting Lincoln an additional one week, from December 12, 2022, until December 19, 2022, in which to respond to Plaintiff's Complaint.

Respectfully submitted,

By: */s/ Dan S. Folluo*
Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173; (918) 592-3390 [fax]
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 8th day of December, 2022 to be served by operation of the Court's electronic filing system upon the following:

Paul J. Taylor
ptaylor@burnettdriskill.com

Derrick A. Pearce
dpearce@burnettdriskill.com

Kyle H. Sciolaro
ksciolaro@burnettdriskill.com

*Attorneys for Plaintiff*

*/s/ Dan S. Folluo*
Dan S. Folluo