**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MATTHEW MULLIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00725-BP |
| | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S DISCLOSURE OF CORPORATION INTERESTS**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Western District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Defendant, The Lincoln National Life Insurance Company, hereby gives notice the following corporate interests are disclosed:

1. **The Lincoln National Life Insurance Company** is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

2. No subsidiaries (other than wholly-owned subsidiaries) or other affiliates of Defendant The Lincoln National Life Insurance Company have issued shares to the public.

Respectfully submitted,

By: *_/s/ Dan S. Folluo_*
Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)

ATTORNEYS FOR DEFENDANT

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 19th day of December 2022 to be served by operation of the Court's electronic filing system upon the following:

Paul J. Taylor
ptaylor@burnettdriskill.com

Derrick A. Pearce
dpearce@burnettdriskill.com

Kyle H. Sciolaro
ksciolaro@burnettdriskill.com

*Attorneys for Plaintiff*

*/s/ Dan S. Folluo*
Dan S. Folluo