**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW MULLIN,<br><br>Plaintiff, | ) | |
| v. | ) | No. 22-00725-CV-W-BP |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | |

**<u>SCHEDULING ORDER</u>**

The Parties have proposed a schedule regarding discovery and the filing of cross motions for summary judgment. Accordingly, the Court establishes the following schedule:

1. MOTIONS TO JOIN PARTIES OR AMEND PLEADINGS. Any motion to join additional parties or amend the pleadings shall be filed on or before June 26, 2023.

2. ADMINISTRATIVE RECORD. Defendant shall provide the complete administrative record to Plaintiff no later than July 26, 2023.

3. DISCOVERY. All pretrial discovery authorized by the Federal Rules of Civil Procedure shall be completed on or before July 26, 2023. This means that all discovery shall be completed, not simply submitted, on the date specified by this paragraph.

The Court will not entertain any discovery motion absent full compliance with Local Rule 37.1. In the event that a teleconference is needed, email your request to my judicial assistant at annette_cordell@mow.uscourts.gov. A memorandum of the discovery dispute, not to exceed one page in length, should be electronically submitted by each party no later than forty-eight hours prior to the teleconference.

Prior to bringing any discovery dispute before the Court, the parties are reminded to consult the Principles for the Discovery of Electronically Stored Information available on the Court's website under "Local Rules, ESI Principles, Procedures & Fees."

4. EXPERT DESIGNATION DEADLINES. The parties do not anticipate designating expert witnesses. In the event plaintiff proposes expert testimony, the plaintiff shall designate any expert witnesses on or before May 26, 2023. Defendant has stated they do not intend to call expert witnesses. This paragraph applies to all witnesses retained or non-retained from whom expert opinions will be elicited at trial.

Along with each party's designation of expert witnesses, each party shall provide the other parties with a report, pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., from each expert witness designated. Expert witnesses may testify only as to matters contained in the report described above unless leave of Court is granted upon good cause shown.

With respect to treating physicians, coroners and like professionals not retained to testify for a party, the report requirements of this Order may be satisfied by providing a copy of all the treating physician's files, records and notes relating to the treating physician's patient to the opposing party. For the purpose of this paragraph, a "treating physician" is a doctor (including psychiatrist, dentist or other practitioner of the healing arts) retained by a party prior to retaining counsel in this matter. A treating physician will not be allowed to give expert testimony beyond the treatment provided by said physician unless designated as an expert. A treating physician who will provide expert testimony beyond the treatment provided by said physician must further comply with the requirements of this Order.

5. CROSS MOTIONS FOR SUMMARY JUDGMENT. Cross Motions for Summary Judgment, and any other dispositive motion, shall be filed on or before August 28, 2023. All dispositive motions shall have a separate section wherein each statement of fact is individually numbered so that any party opposing such motion may refer specifically to a genuine issue of material fact. Suggestions in opposition to a dispositive motion shall begin with a concise listing of material facts as to which the party contends a genuine dispute exists. All motions for summary judgment shall comply with Local Rules 7.0 and 56.1.

IT IS SO ORDERED.

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: January 5, 2023