UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MATTHEW MULLIN,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:22-CV-00725-BP |

# AMENDED DESIGNATION OF MEDIATOR CERTIFICATE

The parties have jointly designated Rich McLeod from the Court's List of Mediators to conduct the mediation in the above-captioned case. The mediation has been rescheduled to April 21, 2023 at 9:30 a.m. via Zoom conference.

Respectfully submitted,

**BURNETTDRISKILL, Attorneys**


*/s/ Derrick A. Pearce*
Derrick A. Pearce MO #42793
Kyle H. Sciolaro MO #64568
Paul J. Taylor MO #72159
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
(816) 781-4836
(816) 792-3634 (fax)
dpearce@burnettdriskill.com
ksciolaro@burnettdriskill.com
ptaylor@burnettdriskill.com
ATTORNEYS FOR PLAINTIFF


and

By: */s/ Iwana Rademaekers*
Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- and -

By: */s/ Dan S. Folluo*
Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)

ATTORNEYS FOR DEFENDANT