# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MATTHEW MULLIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 4:22-cv-00725-BP |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 4th day of May 2023, the parties herein having filed a Joint Stipulation of Dismissal,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant Lincoln National Life Insurance Company. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: May 4, 2023